PETER W. ALFERT, ESQ. (SBN 83139)
TERESA LI, ESQ. (SBN 278779)
**HINTON ALFERT & KAHN LLP**
200 Pringle Ave., Suite 450
Walnut Creek, California  94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, ESQ. (SBN 68119)
ZOYA YARNYKH, ESQ. (SBN 258062)
**LAW OFFICE OF TODD BOLEY**
2381 Mariner Square Drive, Suite 280
Alameda, CA  94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

Attorneys for PLAINTIFFS

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

MARK E. DAVIS, ESQ. (SBN 79936)
ERIC BENGTSON, ESQ. (SBN 254167)
**DAVIS & YOUNG APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Tel : 408-244-2166
Fax : 408-244-7815

Attorneys for Defendant
DINA HOLDER

Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT, CONSTANCE FORREST, LAURI JAMES, and MARGARET KRUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HIRSCH and CAMRON BALLESTEROS,<br><br>            Plaintiffs,<br><br>   vs.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, CONSTANCE FORREST, LAURI JAMES, MARGARET KRUSE and DOES 1-30,<br><br>            Defendants, | Case No.:   3:15-cv-04508 (JSW)<br><br>***SECOND AMENDED*** **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES TO FILE RESPONSE AND REPLY TO DEFENDANTS' MOTION TO DISMISS**<br><br>**DATE:  February 19, 2016**<br>**TIME:  09:00 a.m.**<br>**LOCATION: Courtroom 5**<br><br>**Before the Hon. Jeffrey S. White** |

1

Plaintiffs have good cause to request a short continuance in the briefing schedule related to the Motion to Dismiss filed by Defendants BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, CONSTANCE FORREST, LAURI JAMES, MARGARET KRUSE.  Attorney Todd Boley, co-counsel for plaintiffs herein, has been severely sick with the flu.  Attorney Peter Alfert, co-counsel for plaintiffs herein, has been in trial continuously since October 26, 2015. Accordingly, all parties have agreed that a mutual extension of one week to file the response and reply is reasonable.  The parties further agree to continue the hearing to February 19, 2016 in order to provide the Court sufficient time to review the briefs.

It is therefore hereby stipulated by and among plaintiffs, ADAM HIRSCH and CAMRON BALLESTEROS and defendants BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, CONSTANCE FORREST, LAURI JAMES, MARGARET KRUSE, through their respective counsel of record, that the deadlines by which to file a response and reply to Defendants' Motion to Dismiss, set for hearing February 12, 2016, shall each be extended by one week.  Accordingly, the deadline by which to file a response is extended to **January 28, 2016** and the deadline by which to file a reply is extended to **February 4, 2016**.  The hearing on defendants' motion to dismiss is continued to **February 19, 2016 at 9:00 a.m.**.

IT IS SO STIPULATED:

Dated:  January 19, 2016          **HINTON ALFERT & KAHN LLP**

                                              /s/
                                      TERESA LI, ESQ.
                                      Attorney for Plaintiffs
                                      ADAM HIRSCH and CAMERON BALLESTEROS

Dated:  January 19, 2016          **STUBBS & LEONE**

                                              /s/
                                      LOUIS A. LEONE, ESQ.
                                      CLAUDIA LEED, ESQ.

Attorney for Defendants
BRENTWOOD UNION SCHOOL DISTRICT, CONSTANCE FORREST, LAURI JAMES, and MARGARET KRUSE

Dated: January 19, 2016           **DAVIS & YOUNG APLC**

_____/s/_____
MARK DAVIS, ESQ.
Attorney for Defendant
DINA HOLDER

## ORDER

IT IS SO ORDERED. The deadline by which to file a response is extended to **January 28, 2016.** The deadline by which to file a reply is extended to **February 4, 2016**. The hearing on defendants motion is continued to **February 19, 2016 at 9:00 a.m..**

DATED: January 21, 2016          _____/s/ Jeffrey S. White_____
                                  THE HON. JUDGE JEFFREY S. WHITE