LAW OFFICES
# LEONE & ALBERTS
A PROFESSIONAL CORPORATION
2175 N. CALIFORNIA BOULEVARD
SUITE 900
WALNUT CREEK, CA 94596
(925) 974-8600
(925) 974-8601 FAX

LOUIS A. LEONE
KATHERINE A. ALBERTS

MARINA B. PITTS
JAMES T. GOTCH
KATHLEEN DARMAGNAC
CLAUDIA LEED
BRIAN A. DUUS
SETH GORDON
SARAH M. CASTELHANO

May 16, 2016

Magistrate Judge Laurel Beeler
U.S. District Court, Northern District
Courtroom C- 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Hirsch v. Brentwood Union School District**
    **U.S.D.C. District Court, Northern District Case No.: 3:15-cv-04508 LB**

Dear Judge Beeler:

We are set for a settlement conference on August 9, 2016, at 1:30 p.m. We would ask permission for the following individuals to be excused from attending the settlement conference since they have no decision making authority with respect to settlement:

1. Constance Forrest;

2. Margaret Kruse; and,

3. Lauri James, Ms. James currently resides in Idaho.

The District will be appearing at the settlement conference through either Dana Eaton, its Superintendent, or Robin Schmidt, its Deputy Superintendent. Moreover, claims representatives from the two commercial insurance companies that are providing coverage in this matter will be in physical attendance, both of whom are from out of state.

Thank you for your consideration.

Very truly yours,

LOUIS A. LEONE, ESQ.

DATE: May 16, 2016

*[APPROVED stamp — Judge Laurel Beeler, United States District Court, Northern District of California]*

LAL/kns
cc: Peter Alfert (Via E-Mail only)
    Todd Boley (Via E-mail only)

S:\docs\clients\Lou\Hirsch v. Brentwood USD\Correspondence\Beeler001.ltr.5.16.16.docx