

**Davis & Young**
A Professional Law Corporation
1960 The Alameda  Suite 210  San Jose, CA 95126  Phone: 408.244.2166  Fax: 408.244.7815  www.davisyounglaw.com

Eric J. Bengtson
Direct Dial 408.261.4245
Eric@Davisyounglaw.com

May 24, 2016

Magistrate Judge Laurel Beeler
U.S. District Court, Northern District
Courtroom C – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Hirsch v. Brentwood Union SD
U.S.D.C. District Court, Northern District Case No.: 3:15-cv-04508 LB

Dear Judge Beeler:

We recently met and conferred with all counsel and confirmed that all of the parties and their attorneys would prefer that defendant Dina Holder not attend the upcoming settlement conference in person. The parties request that she be allowed to attend via telephone standby, particularly because Plaintiffs do not want to have any interaction with Ms. Holder, Ms. Holder will not have any decision-making authority with respect to settlement and Ms. Holder does not have any assets to contribute toward settlement.

With the Court's permission, Ms. Holder will be appearing at the settlement conference through her attorney from Davis & Young, APLC and she will be available via telephone during the entire settlement conference.

Thank you for your consideration.

Very truly yours,

DAVIS & YOUNG, APLC

Eric J. Bengtson

cc: Peter Alfter (Via email only)
Todd Boley (Via email only)

Dated: May 25, 2016

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

{91437/00294091-1}