PETER W. ALFERT, ESQ. (SBN 83139)
TERESA LI, ESQ. (SBN 278779)
**HINTON ALFERT, PC**
200 Pringle Ave., Suite 450
Walnut Creek, CA  94596
Telephone: (925) 279-3009
Facsimile:  (925) 279-3342
Email:  palfert@hintonalfert.com
            tli@hintonalfert.com

LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
Email: leonel@stubbsleone.com
            leedc@stubbsleone.com

Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT
CONSTANCE FORREST and
MARGARET KRUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM HIRSCH and CAMRON BALLESTEROS,<br><br>          Plaintiffs,<br><br>   vs.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, CONSTANCE FORREST, LAURI JAMES, MARGARET KRUSE and DOES 1-30,<br><br>          Defendants, | **Case No.:   4:15-cv-04508 (JSW)**<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESETTING HEARING RE JOINT DISCOVERY LETTER (Doc. #50)** |

---

STIPULATION AND [~~PROPOSED~~] ORDER RESETTING                              Case No.: 4:15-cv-04508- JSW
HEARING RE JOINT DISCOVERY LETTER (Doc. #50)

1

The parties to this action hereby stipulate, by and through their respective undersigned counsel of record, as follows:

WHEREAS, the Court (No. 51) noticed a hearing re the parties' Joint Discovery Letter (No. 50) before Judge Ryu on July 21, 2016, at 11:00 a.m.

WHEREAS, plaintiffs' counsel are unable to provide attorney coverage on the hearing on the date due to multiple conflicting Court hearings previously scheduled in other actions.

WHEREAS, the parties have contacted Judge Ryu's scheduling clerk who has advised that the Court is available August 11, 2016 at 11:00 a.m. for hearing this matter.

WHEREAS, all the parties have agreed that they are available on the Court's next available hearing date, August 11, 2016 at 11:00 a.m.

The parties therefore respectfully request that the Court enter an order resetting the hearing on the parties' discovery dispute letter (No. 50) to August 11, 2016 at 11:00 a.m.

**IT IS SO STIPULATED:**

Dated: June 27, 2016                                  **HINTON ALFERT, PC**

                                                      By:   */s/ Teresa Li*
                                                           PETER ALFERT, ESQ.
                                                           TERESA LI, ESQ.
                                                           Attorneys for Plaintiffs

Dated: June 27, 2016                                  **LEONE & ALBERTS**

                                                      By:   */s/ Louis Leone*
                                                           LOUIS A. LEONE, ESQ.
                                                           CLAUDIA LEED, ESQ.
                                                           Attorneys for Defendants

STIPULATION AND [~~PROPOSE~~D] ORDER RESETTING                              Case No.: 4:15-cv-04508- JSW
HEARING RE JOINT DISCOVERY LETTER (Doc. #50)

|   |   |
|---|---|
|   | BRENTWOOD UNION SCHOOL DISTRICT, JEAN ANTHONY, MARGO OLSON, and MARGARET KRUSE |
| Dated: June 28, 2016 | **DAVIS & YOUNG** |
|   | By: /s/ *Eric Bengtson*<br>MARK E. DAVIS, ESQ.<br>ERIC BENGTSON, ESQ.<br>Attorneys for Defendant DINA HOLDER |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered as follows:

The hearing on the parties' joint discovery dispute letter (No. 50) is re-set to August 11, 2016, at 11:00 a.m.

**IT IS SO ORDERED:**

DATED:_____June 29_____, 2016   _____
THE HON. DONNA M. RYU
UNITED STATES DISTRICT COURT JUDGE



STIPULATION AND [~~PROPOSED~~] ORDER RESETTING HEARING RE JOINT DISCOVERY LETTER (Doc. #50)    Case No.: 4:15-cv-04508- JSW